**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kevin Hall</u>

    v.                                          Civil No. 08-cv-465-SM

<u>Kevin Clark</u>

### **O R D E R**

Kevin Hall is hereby granted <u>in</u> <u>forma</u> <u>pauperis</u> status.

**SO ORDERED.**

                                 _/s/ James R. Muirhead_
                                 James R. Muirhead
                                 United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*