UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Hall,
    Plaintiff

        v.                         Case No. 08-cv-465-SM

Kevin Clark,
    Defendant

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 24, 2009, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

May 14, 2009

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Kevin Hall, pro se